JS - 6

**STEVENS, CARLBERG & McMILLAN**
Email: stevensandcarlberg@yahoo.com
Daniel P. Stevens (SBN 164277)
Janeen Carlberg (SBN 189197)
Heather K. McMillan (SBN 188939)
Jacob B. Bach (SBN 241947)
335 Centennial Way
Tustin, California 92780
Telephone: (714) 730-1000
Facsimile:   (714) 730-1067

Attorneys for Plaintiff
HILLARY VILLAREAL


**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Vince M. Verde (SBN 202472)
Email: vince.verde@ogletreedeakins.com
Daniel A. Adlong (SBN 262301)
Email: daniel.adlong@ogletreedeakins.com
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, California 92626
Telephone: (714) 800-7905
Facsimile:   (714) 754-1298

Attorneys for Defendants
CHUBB & SON, a Division of Federal
Insurance Company (erroneously sued and served as
FEDERAL INSURANCE COMPANY d.b.a. CHUBB & SON),
and CHUBB & SON, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLARY VILLARREAL,<br><br>              Plaintiff,<br><br>    vs.<br><br>CHUBB & SON, INC., FEDERAL INSURANCE COMPANY d.b.a. CHUBB & SON, and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: **SAC 11-00674 DOC (RNBx)**<br><br>Date Action Filed:   March 16, 2011<br>Date Removed:         May 4, 2011<br>Scheduling Conf:      October 3, 2011<br>Final Pretrial Conf:   July 30, 2012<br>Jury Trial:                 August 14, 2012<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

///

1

**ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff HILLARY VILLARREAL and Defendant CHUBB & SON, INC., FEDERAL INSURANCE COMPANY d.b.a. CHUBB & SON, through their respective counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED that the matter of *Hillary Villarreal vs. Chubb & Son, Inc., Federal Insurance Company d.b.a. Chubb & Son* filed in the United States District Court for the Central District of California, bearing Case Number SACV 11-00674-DOC(RNBx) is hereby dismissed with prejudice in its entirety.

DATED: November 1, 2012

_____
HONORABLE DAVID O. CARTER
United States District Court Judge

2